COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-13-00022-CV

Trial Court Cause
Number:      1271297

Style:      Theola Robinson and Benji's Special Education Academy, Inc

     **v** Amegy Bank, N.A.

Date motion filed[*]:      March 7, 2013

Type of motion:      Motion to Stay Trial Court Proceeding & Objection to Motions for Summary Judgment

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

     ☐ Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Justice Evelyn V. Keyes
         ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: March 12, 2013